**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7624**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DONALD WAYNE JONES,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (5:96-cr-00070-BR-1)

Submitted: June 18, 2020                          Decided: June 22, 2020

Before FLOYD, THACKER, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donald Wayne Jones, Appellant Pro Se. Jennifer P. May-Parker, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Wayne Jones appeals the district court's order granting his motion, filed pursuant to the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, for a reduction of his sentence.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Jones*, No. 5:96-cr-00070-BR-1 (E.D.N.C. Oct. 24, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Although the district court granted Jones' motion and reduced his term of supervised release, the court declined to exercise its discretion to reduce the original 360-month term of imprisonment.